**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| BEYOND PESTICIDES, 701 E Street, SE, Suite 200, Washington, DC 20003, on behalf of the general public,<br><br>Plaintiff,<br><br>v.<br><br>DR PEPPER SNAPPLE GROUP, INC., 5301 Legacy Drive, Plano, Texas 75024, and MOTT'S LLP, 900 King Street, Rye Brook, NY 10573<br><br>Defendants. | Civil Action No. 1:17-cv-1431-RCL |

**[PROPOSED] ORDER**

Upon consideration of the *Joint Consent Motion for Extension of Time for Plaintiff to File Its Response to Defendants' Motion to Dismiss*, the Court being fully informed, it is this 21st day of Nov., 2018 hereby

ORDERED that the Motion be GRANTED; and it is

FURTHER ORDERED that the following briefing schedule shall be applied for Plaintiff's Amended Complaint and Defendants' anticipated Motion to Dismiss the Amended Complaint:

- Plaintiff's Opposition to Defendants' Motion to Dismiss - Shall be filed no later than December 14, 2018

- Reply in Support of Defendants' Motion to Dismiss (if one is deemed necessary) - Shall be filed no later than January 14, 2019.

*/s/ Royce C. Lamberth*
Hon. Royce C. Lamberth